State v. Young

STATE OF NORTH CAROLINA v. PETER ANTHONY YOUNG

No. 7310SC447

(Filed 27 June 1973)

1. Homicide § 12— murder indictment — plea of voluntary manslaughter

Indictment in the form declared by G.S. 15-144 to be sufficient to charge the offense of murder is sufficient to sustain judgment entered upon defendant's plea of *nolo contendere* to the lesser included offense of voluntary manslaughter.

---

State v. Young

---

2. **Criminal Law § 25— plea of nolo contendere — voluntariness**
    Acceptance of defendant's plea of *nolo contendere* will not be disturbed on appeal where the trial judge examined defendant and found that his plea was freely, understandingly and voluntarily made, and defendant's signed transcript of plea supports these findings.

APPEAL by defendant from *Braswell, Judge,* 29 January 1973 Criminal Session of Superior Court held in WAKE County.

Defendant was indicted for the murder of his sister. He pled *nolo contendere* to voluntary manslaughter. From judgment sentencing him to prison for five years with credit allowed against the sentence for time spent in custody awaiting trial, he appealed.

*Attorney General Robert Morgan by Associate Attorney Diederich Heidgerd for the State.*

*Gulley & Green by Charles P. Green, Jr. for defendant appellant.*

PARKER, Judge.

[1] The indictment was in the form declared by G.S. 15-144 to be sufficient to charge the offense of murder. It was also sufficient to sustain judgment entered upon defendant's plea of *nolo contendere* to the lesser included offense of voluntary manslaughter. Appellant's contention to the contrary is without merit.

[2] Defendant was represented in the trial court and on this appeal by court-appointed counsel who, so the record indicates, has been diligent in his behalf. Before accepting defendant's plea, the able trial judge carefully examined defendant and found that his plea was freely, understandingly and voluntarily made. Defendant's signed transcript of plea supports these findings. The acceptance of the plea will not be disturbed on this appeal. A careful review of the entire record reveals

No error.

Judges BROCK and MORRIS concur.